## William Hindley, Plaintiff in Error, v. Boston Store, Defendant in Error.

### Gen. No. 15,580.

MUNICIPAL COURT—*when judgment not disturbed.* The Appellate Court will not reverse a judgment of the Municipal Court if it is satisfied that substantial justice is done thereby.

Error to the Municipal Court of Chicago; the Hon. MAX EBERHARDT, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1909. Affirmed. Opinion filed June 16, 1911.

WILLIAM HINDLEY, plaintiff in error, *pro se.*

MOSES, ROSENTHAL & KENNEDY, for defendant in error; HARRY H. KRINSKY, of counsel.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

This cause has had two trials in the Municipal Court, both trials resulting in verdicts for the defendant. The case involves twenty-two cents and a large amount of indignation. We find no error in the record for which the judgment should be reversed. It is therefore affirmed.

*Affirmed.*